### JESSE H. WRIGHT v. MILLIKIN.

Appeal, No. 328, Oct. T., 1891. Similar in facts and argued by agreement with preceding case.

OPINION BY MR. JUSTICE McCOLLUM, January 9, 1893:

For reasons stated in the opinion filed at this term in No. 326, Oct. T., 1891, and in conformity with the agreement of the parties, the specifications of error are overruled and the judgment is affirmed.